UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ELIODORA PRUDENTE ANGEL and ANA
SANTOS, *individually and on behalf of others similarly situated*,

                           *Plaintiff*,

-against-

JOHN DOE CORP. (d/b/a ELENA'S
MEXICAN RESTAURANT), MISAEL DIAZ,
and ROSA SANCHEZ,

                          *Defendants*.
--------------------------------------------------------X

18-cv-04254

**PROPOSED
DEFAULT JUDGMENT**

## JUDGMENT

This action was commenced on May 11, 2018 (Doc. No. 1). An amended complaint was filed on December 7, 2018 (Doc. No. 28). Summonses were issued for the individual defendants (Doc. Nos. 32 and 33) on December 10, 2018. Service was then made on Misael Diaz and Rosa Sanchez on March 5, 2019 (Doc. Nos. 37 and 38).

To date, no Defendants have answered the Complaint or otherwise appeared or moved, and the Clerk of this Court has certified the default of Defendants Misael Diaz and Rosa Sanchez (Doc. Nos. 49 and 50). The time for answering the Complaint having expired, it is

NOW, on motion of Plaintiffs, by their attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the plaintiffs have judgment jointly and severally against the Defendants Misael Diaz and Rosa Sanchez, in the amount of $128,247.14, including (A) compensatory damages for unpaid minimum wages in the amount of $48,985.49, (B) liquidated damages for unpaid minimum wages under the FLSA/NYLL in the amount of $48,985.49, (C) unpaid spread of hours pay in the amount

of $1,269.00; (D) liquidated damages for unpaid spread of hours pay in the amount of $1,269.00; (E) statutory damages for violation of New York Labor Law § 195 in the amount of $20,000, and (G) pre-judgment interest on unpaid minimum wages calculated at the rate of 9% per annum until to the date of judgment, and totaling $7,429.52 as of April11, 2019; (H) pre-judgment interest on spread of hours damages to be calculated at the rate of 9% per annum to the date of judgment and totaling $243.64 as of April 11, 2019; and (I) tools of the trade in the amount of $65.00.

That the Plaintiff is awarded attorney's fees in the amount of $5,975.00, and costs in the amount of $799.69,

That the Plaintiff is awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated:      New York, New York
            _____, 2019

_____
HON. GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE

This document was entered on the docket on _____.

To:

Misael Diaz
&
Rosa Shanchez
5 W Tremont Ave
Bronx, NY 10453