```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ELIODORA PRUDENTE ANGEL, *individually and* :
*on behalf of others similarly situated*, and Ana Santos, :
*individually and on behalf of others similarly situated*. :
                                                                 Plaintiffs, :
                         -against- :

JOHN DOE CORP. (D/B/A ELENA'S :
MEXICAN RESTAURANT), MISAEL DIAZ, :
and ROSA SANCHEZ, :
                                                       Defendants. :
-------------------------------------------------------------------X

1:18-cv-4254-GHW

DEFAULT JUDGMENT

GREGORY H. WOODS, United States District Judge:

**JUDGMENT**

This action was commenced on May 11, 2018. Dkt. No. 1. An amended complaint was filed on December 7, 2018. Dkt. No. 28. Summonses were issued for the individual defendants on December 10, 2018. Dkt. Nos. 32, 33. Service was then effectuated on Misael Diaz and Rosa Sanchez on March 5, 2019. Dkt. Nos. 37, 38.

To date, no Defendants have answered or otherwise responded to the Amended Complaint, and the Clerk of Court has certified the default of Defendants Misael Diaz and Rosa Sanchez. Dkt. Nos. 49, 50. The time for answering or otherwise responding to the Amended Complaint having expired it is,

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment jointly and severally against the Defendants Misael Diaz and Rosa Sanchez, in the amount of $146,967.69, including (A) compensatory damages for unpaid wages in the amount of $50,604; (B) liquidated damages for unpaid wages under the FLSA/NYLL in the amount of $50,604; (C) statutory damages for violation of New York Labor Law § 195 in the amount of $20,000; (D) pre-judgment interest on

- 2 -

unpaid wages calculated at the rate of 9% per annum from May 11, 2018 until the date of judgment, and totaling $19,980 as of May 13, 2019; (E) attorney's fees in the amount of $4,980; and, (F) costs in the amount of $799.69. Plaintiffs are awarded post judgment interest, as calculated under 28 U.S.C. § 1961. If any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against the defendants and the Clerk of Court is directed to enter such judgment forthwith, and to close this case.

SO ORDERED.

Dated: May 17, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge